**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Carol Rathjen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| Dakota Gasification Company/Basin Electric Power Cooperative Long-Term Disability Plan Administrator; Lincoln Mutual Life and Casualty Insurance Company; Dakota Gasification Company; and Basin Electric Power Cooperative, | ) ) ) ) ) ) | Case No. 1:07-cv-080 |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation of Dismissal With Prejudice" filed on November 7, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 24) and **ORDERS** that the case be dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court